■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LONNY MCDONALD, Also Known as LONNY MACDONALD, Appellant. [667 NYS2d 266] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 20, 1993 (*People v McDonald,* 199 AD2d 420), affirming a judgment of the Supreme Court, Kings County, rendered January 10, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Rosenblatt and O'Brien, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN MINTER, Appellant. [667 NYS2d 266] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered November 1, 1996, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Copertino, Joy, Florio and Luciano, JJ., concur.